IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JULIANNE DAVIDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4227-CV-C-NKL |
| ) | |
| MILLER COUNTY, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On February 28, 2008, United States Magistrate Judge William A. Knox recommended that the motion of defendants Gavette and Perkins to strike be granted, in part, and denied, in part. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on March 7, 2008. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of February 28, 2008, is adopted. [16] It is further

ORDERED that the motion of defendants Gavette and Perkins to strike is granted, in part, and denied, in part; paragraphs 24, 26, 27 and 28 of plaintiff Davidson's complaint are stricken and the motion to strike paragraph 25 of plaintiff's complaint is denied. [10]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: March 18, 2008
Jefferson City, Missouri